IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

ANDREW R. PERRONG

    *Plaintiff-Appellant*

vs.

MONTGOMERY COUNTY DEMOCRATIC COMMITTEE,

MONTCO VICTORY,

and

JOSEPH FOSTER

    *Defendants-Appellees*

Case No. 23-2415

## **MOTION FOR EXTENSION OF TIME**

Plaintiff-Appellant *pro se* respectfully requests that he be given a forty-five (45) day extension of time from the current due date, to November 20, 2023, through which to file his brief.

Appellant, who is currently proceeding *pro se*, understands that extensions in this Court are greatly disfavored and that he was already granted an oral extension because of an illness. However, today, Appellant spoke with Adrian Bacon, Esq. of the Law Offices of Todd M.

1

Friedman, PC, who has expressed his willingness to represent the Appellant in this appeal. Appellant is in the process of retaining Attorney Bacon to file the brief, which has already been written and prepared by the Appellant and shared with Attorney Bacon.

Understandably, Attorney Bacon desires to make revisions to the brief before filing it with the Court and will be unable to seek admission and do so by tomorrow, October 4, 2023, when the brief is due. So that Attorney Bacon may be retained, enter his appearance in this matter, and devote the necessary time and attention to the brief and the important issues in this case, Appellant requests a forty-five (45) day extension of time from the current due date, to November 20, 2023, through which to file his brief.

Plaintiff has conferred with counsel for the Appellees, but was not able to reach counsel for Appellees by telephone at two telephone numbers at the present moment. Accordingly, the Appellant requests that the Court amend the briefing schedule to require the Appellant's deadline to file the brief be extended to November 20, 2023, and extend all other deadlines as required.

Dated: **October 3, 2023**

_____
Andrew R. Perrong
*Plaintiff-Appellant Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

## CERTIFICATE OF SERVICE

Plaintiff certifies that on October 3, 2023, he filed the foregoing with the Clerk of Court via ECF. Furthermore, he certifies that he emailed a copy to counsel for Defendants at janine@daniellolaw.com and mailed it to Janine D. Martin, Esq., 509 Swede Street, Norristown, PA 19401.

Dated: **October 3, 2023**

_____
Andrew R. Perrong
*Plaintiff-Appellant Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com