IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Andrew R. Perrong

    *Plaintiff-Appellant*

v.

Montgomery County Democratic Committee, Montco Victory, and Joseph Foster

    *Defendants-Appellees*

Case No. 23-2415

## **APPELLANT'S LOCAL RULE 34.1(b)**
## **ORAL ARGUMENT STATEMENT**

The present appeal cries out to this Court for oral argument for two reasons. *First*, the very issue that forms the subject of this appeal is currently pending a Petition for a Writ of Certiorari. *Trim v. Reward Zone USA LLC*, No. 23-495 (Nov. 9, 2023). The petitioner in *Trim* argues, as Appellant does in the instant appeal, that a "random or sequential number generator" under the TCPA need not randomly or sequentially generate telephone numbers itself. Rather, as Appellant argues, a random or sequential number generator need only generate random numbers, which are associated with telephone numbers to dial.

1

*Second*, this Court granted oral argument in *Panzarella v. Navient Sols., Inc.*, 37 F.4th 867 (3d Cir. 2022). As both parties note in their briefs, *Panzarella* is the closest case directly bearing on this appeal, which concerns the requisite technical capabilities of a "random or sequential number generator" under the TCPA. The technical intricacies and nuances of the system that Appellees are alleged to have used, and an explanation of how the same violates the TCPA, just like the system in *Panzarella*, is likely to benefit from oral questioning and will likely address questions of the panel not captured in the written briefs. A full understanding of how the dialer alleged in this case operates and how it randomly and sequentially generates numbers and dials telephone numbers can only be explored though oral argument.

The Appelant respectfully requests twenty minutes of oral argument per side.

Dated: **November 9, 2023**

> s/ ANDREW R. PERRONG
> ANDREW R. PERRONG
> 1657 The Fairway #131
> Jenkintown, PA 19046
> andyperrong@gmail.com
> (215) 791-6957

## Certificate of Service

I certify that I filed the foregoing via the ECF system, and that I emailed a copy of the foregoing via email to janine@daniellolaw.com and mailed it to Janine D. Martin, Esq. at 509 Swede St. Norristown, PA 19401.

Dated: **November 9, 2023**

s/ ANDREW R. PERRONG
ANDREW R. PERRONG
1657 The Fairway #131
Jenkintown, PA 19046
andyperrong@gmail.com
(215) 791-6957
*Plaintiff-Appellant Pro Se*
