IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| ANDREW R. PERRONG<br><br>*Plaintiff-Appellant*<br><br>vs.<br><br>MONTGOMERY COUNTY DEMOCRATIC COMMITTEE,<br><br>MONTCO VICTORY,<br><br>and<br><br>JOSEPH FOSTER<br><br>*Defendants-Appellees* | Case No. 23-2415 |

## **MOTION FOR EXTENSION OF TIME**

Plaintiff-Appellant respectfully requests that he be given a seven (7) day extension of time from the current due date, to and including December 1, 2023, through which to file his reply brief, in light of the Thanksgiving holiday.

Plaintiff has conferred with counsel for the Appellees, who do not oppose the requested relief.

1

Dated: **November 14, 2023**

s/ Andrew R. Perrong
Andrew R. Perrong
*Plaintiff-Appellant Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

## CERTIFICATE OF SERVICE

Plaintiff certifies that on October 14, 2023, he filed the foregoing with the Clerk of Court via ECF. Furthermore, he certifies that he emailed a copy to counsel for Defendants at janine@daniellolaw.com and mailed it to Janine D. Martin, Esq., 509 Swede Street, Norristown, PA 19401.

Dated: **November 14, 2023**

s/ Andrew R. Perrong
Andrew R. Perrong
*Plaintiff-Appellant Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com